date of the passage of the law, could earn compensation thereunder only " from the time this section as hereby amended takes effect." The order appealed from is, therefore, affirmed, without costs. Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ., concurred.

FANNIE RADER, Respondent, v. MARK COHEN, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, because of the exceptions to the rulings at folios 195 and 123 to 125 of the record. Jenks, P. J., Thomas, Mills, Putnam and Kelly, JJ., concurred.

HARRY J. SHIELDS, as Trustee in Bankruptcy of ALEXANDER JUTKOVITZ, a Bankrupt, Appellant, v. ALEXANDER JUTKOVITZ and Others, Respondents. — Appeal dismissed on argument, with disbursements to respondents. Jenks, P. J., Thomas, Rich, Blackmar and Kelly, JJ., concurred.

MOLLIE THOMAS, Respondent, v. MARY K. HAUPT, Appellant.— Judgment and order of the County Court of Kings county unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Rich, Blackmar and Jaycox, JJ.

ROBERT A. VAN CLEAVE, Respondent, v. WILLIAM C. DEMOREST and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Mills, Kelly and Jaycox, JJ., concurred.

HENRY C. VAN CLEEF, as Administrator, etc., of CAROLINE E. DAKIN, Deceased, Respondent, v. CHARLES M. MAXFIELD, Appellant.— Under the pleadings the judgment and order must be affirmed, but it is the opinion of the court that the defendant should be permitted to make an application at the Special Term to open the judgment and amend the answer to plead a gift, as he may be advised. Judgment and order affirmed, with costs, Thomas, Mills, Rich, Putnam and Kelly, JJ., concurred.

MICHAEL WOICIANOWICZ, Respondent, v. PHILADELPHIA AND READING COAL AND IRON COMPANY, Appellant.— Judgment and order reversed on reargument, and complaint unanimously dismissed, without costs, on the ground that the accident which is the subject of the action occurred in the State of Pennsylvania; that plaintiff was at the time a resident of that State, and the defendant a corporation organized under the laws of that State and transacting business there; that the claim presented by plaintiff depends largely upon the construction and applicability of statutes of the State of Pennsylvania, enforcing rules which do not prevail in the State of New York, and that it is evident from the testimony that plaintiff at the time of commencing the action was not a *bona fide* resident of the State of New York, but came here, or was brought here, for the purpose of instituting this action in the courts of this State. This court should decline to exercise jurisdiction, remitting plaintiff to the courts of the State of Pennsylvania upon condition that defendant stipulate to waive any statute of limitations which might bar plaintiff. (*Pietraroia* v. *N. J. & H. R. R. & F. Co.*, 197 N. Y. 434.) Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.

J. ROMAINE BROWN, Respondent, v. A. E. R. REALTY COMPANY, INC., and Others, Defendants. THOMAS AUSTIN and WILLIAM L. AUSTIN,

Copartners, etc., and Others, Appellants. (Appeal No. 1.) — Motion to dismiss appeal denied. Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.

J. ROMAINE BROWN, Respondent, v. A. E. R. REALTY COMPANY, INC., and Others, Defendants. THOMAS AUSTIN and WILLIAM L. AUSTIN, Copartners, etc., and Others, Appellants. (Appeal No. 2.) — Motion to dismiss appeal denied. Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.

JACOB DANIEL MYERS, an Infant, etc., Appellant, v. BROOKLYN HEIGHTS RAILROAD COMPANY, Defendant. DENNIS F. O'BRIEN and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ.

THE NAGLE PACKING COMPANY, Appellant, v. PHILIP M. ROSENBLUM, and Others, Respondents.— Motion granted on condition that appellant, within ten days, pay forty dollars costs, and perfect the appeal. On payment of said costs, the case will be placed at the foot of the December calendar, appellant to be ready for argument when reached. Otherwise, motion denied, with ten dollars costs. Present — Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ.

MARY C. O'KEEFE, Respondent, v. J. FRED DUGAN, as Acting Town Clerk of the Town of Riverhead, Suffolk County, N. Y., and HERBERT S, SISSON, as State Commissioner of Excise, Defendants.— Order certifying questions to the Court of Appeals settled and signed. Present — Jenks, P. J., Thomas, Rich, Putnam and Blackmar, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MORTON ATWATER and ELIOT ATWATER, Appellants.— Motion granted. Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GILBERT F. FOOTE, Appellant.— Motion granted. Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HAROLD W. SHERRILL, Appellant.— Motion granted. Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.

WALTER L. SMITH, Respondent, v. JOHN H. K. BLAUVELT, etc., and Another, Defendants. NELLIE BLAUVELT and Others, Appellants.— Motion for reargument denied, with ten dollars costs. Present — Jenks, P. J., Thomas, Rich, Putnam and Blackmar, JJ.

FANNIE E. BABB, Respondent, v. JAMES CUNNINGHAM SON & Co., INC., and ARTHUR R. DIETER, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Mills, Putnam, Blackmar, Kelly and Jaycox, JJ.

JOHN J. BAKERMAN, Appellant, v. THE CITY OF NEW YORK and Others, Respondents.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Blackmar and Jaycox, JJ., concurred; Rich, J., dissented, being of opinion that the plaintiff was entitled to substantial damages.

FRANK BRANTLE and AMALIA BRANTLE, Appellants, v. EAGLE SAVINGS AND LOAN COMPANY, Respondent.— Judgment and order affirmed, with